UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jean Carlos Paulino Dos Santos
      Petitioner

V.

CIVIL ACTION

NO. 1:26-cv-10506-ADB

David Wesling et al
      Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

      In accordance with the Court's Electronic Order dated February 23, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

February 23, 2026
Date

/s/Caetlin McManus
Deputy Clerk